UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-06519 JAK (MRWx) | Date | October 7, 2019 |
| Title | Bruce Hymanson v. Mad Dogg Athletics, Inc., et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY THIS MATTER SHOULD NOT BE REMANDED FOR LACK OF FEDERAL JURISDICTION**

Because federal courts have limited jurisdiction, and the basis for such jurisdiction in this matter has not yet been clearly established, the parties are **ORDERED** to show cause as to why this matter should not be remanded to the Superior Court. By October 11, 2019, each party shall file a memorandum, not to exceed five pages, stating its position as to whether there is federal jurisdiction over one or more claims alleged in the Complaint. Those memoranda shall address, among other things, the effect, if any, of the analysis by the Federal Circuit in *HIF Bio, Inc. v. Yung Shin Pharm. Indus. Co., Ltd.*, 600 F.3d 1347 (Fed. Cir. 2010).

**IT IS SO ORDERED.**

                                                                          _____ : _____

                                        Initials of Preparer    ak