UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-06519 JAK (MRWx) | Date | November 6, 2019 |
| Title | Bruce Hymanson v. Mad Dogg Athletics, Inc., et al. | | |

**Present: The Honorable** JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER REMANDING MATTER TO SUPERIOR COURT FOR LACK OF FEDERAL JURISDICTION**
**JS-6: Remand**

Defendant was directed to file a supplemental memorandum on or before October 30, 2019 "addressing whether, in light of *HIF Bio*, an inventorship determination is essential to one or more claims alleged in the Complaint." Dkt. 31. Defendant failed to do so. Therefore, Defendant has not adequately responded to the Order to Show Cause as to why this matter should not be remanded to the Superior Court for lack of subject matter jurisdiction. *See* Dkt. 27. As the removing party, Defendant has the burden to show the basis for federal jurisdiction. Defendant has not met this requirement. Further, an independent review of the issue based on the allegations in the Complaint (Dkt. 1), also shows that there is no subject matter jurisdiction. Accordingly, this matter is **REMANDED** to the Los Angeles Superior Court, at its Stanley Mosk Courthouse, Case No. 19 ST CV-19798, for all further proceedings.

**IT IS SO ORDERED.**

Initials of Preparer  ak